CRAIG A. GELFOUND
craig.gelfound@afslaw.com
**ARENTFOX SCHIFF LLP**
555 West Fifth Street
48th Floor
Los Angeles, CA 90013
Telephone: 213.629.7400
Facsimile: 213.629.7401

JEFF LEUNG
Jeff.Leung@afslaw.com
**ARENTFOX SCHIFF LLP**
44 Montgomery Street
38th Floor
San Francisco, CA 94104
Telephone: 415.757.5500
Facsimile: 415.757.5501

Attorneys for Plaintiff
SCOSCHE INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SCOSCHE INDUSTRIES, INC.,

Plaintiff,

v.

HYPERCEL CORPORATION, DOING BUSINESS AS NAZTECH, INC.,

Defendants.

Case No.

**COMPLAINT FOR PATENT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

Plaintiff Scosche Industries, Inc. (“Scosche”), for its Complaint against Defendant Hypercel Corporation, doing business as Naztech, Inc. (“Naztech”), alleges the following:

## NATURE OF THE ACTION

1. This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 100 et seq. This action relates to an electronic device (e.g., smartphone) charger and mount, in which a Qi inductive charger is incorporated

into a magnetic mount head. As illustrated in the excerpted FIG. 1 below, in a preferred embodiment, a smartphone incorporating a Qi charger receiver can be positioned to interface with the inductive charging coils of the head, while the magnet mechanically secures the smartphone to the head.



FIG. 1

2. Scosche is a California corporation with its headquarters and principal place of business located at 1550 Pacific Ave Oxnard, CA 93033.

3. Upon information and belief, Naztech is a corporation organized under the laws of the State of California with a primary place of business at 28385 Constellation Road, Valencia, California 91355. Upon information and belief, Naztech makes, sells, offers to sell, uses, and/or imports infringing products throughout the United States, including in this judicial district. Among other channels, Naztech sells and offers infringing products through the Internet.

## JURISDICTION AND VENUE

4. This is an action for patent infringement arising under the Patent Laws of the United States, Title 35 of the United States Code.

5. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

6. Venue is proper in this judicial district under 28 U.S.C. § 1400(b). Upon information and belief, Naztech has committed acts of infringement in this judicial

district and has a regular and established place of business in this district.

7. This Court has personal jurisdiction over Naztech under the laws of the State of California. Upon information and belief, Naztech is incorporated in California and exists under the laws of California.

## BACKGROUND

8. On December 10, 2019, the U.S. Patent and Trademark Office duly and legally issued U.S. patent no. 10,505,392 (the "'392 Patent"), titled "Magnetic Device Mount." A true and correct copy of the '392 patent is attached as Exhibit A.

9. Scosche is the owner of the entire right, title and interest in the '392 Patent by assignment, and possesses the right to sue and obtain equitable relief and damages for infringement of the '392 Patent.

## NAZTECH'S PRODUCTS

10. Upon information and belief, Naztech makes, sells, offers for sale, uses, and/or imports wireless chargers that infringe one or more claims of the '392 Patent. An example of Naztech selling or offering its products for sale on the Internet is shown below:



Web link:
https://www.hypercel.com/Brands/Naztech?Page=11&Per_Page=10&accessorytype=&carrier=&phonemake=&phonemodel=&brand=&producttype=&keyword=

| | | | | |
|---|---|---|---|---|
| 14533 | MagBuddy Wireless Charge Vent Mount<br>Naztech MagBuddy Wireless Charge Vent Mount<br>Naztech Accessories cannot be resold to online Resellers | Naztech | $0.00 | In Stock QOH:2046<br>Qty: 0<br>ADD TO CART |
| 14326 | MagBuddy Wireless Charge Desk Mount<br>Naztech MagBuddy Wireless Charge Desk Mount - Gunmetal<br>Naztech Accessories cannot be resold to online Resellers | Naztech | $0.00 | In Stock QOH:745<br>Qty: 0<br>ADD TO CART |
| 14550 | MagBuddy Wireless Charge Desk Mount<br>Naztech Magbuddy Wireless Charge Desk Mount - Rose Gold<br>Naztech Accessories cannot be resold to online Resellers | Naztech | $0.00 | In Stock QOH:1054<br>Qty: 0<br>ADD TO CART |
| 14613 | MagBuddy Wireless Charge CD Slot Mount<br>Naztech MagBuddy Wireless Charge CD Slot Mount<br>Naztech Accessories cannot be resold to online Resellers | Naztech | $0.00 | In Stock QOH:395<br>Qty: 0<br>ADD TO CART |
| 14549 | MagBuddy Wireless Charge Windshield Mount<br>Naztech MagBuddy Wireless Charge Windshield Mount<br>Naztech Accessories cannot be resold to online Resellers | Naztech | $0.00 | In Stock QOH:99<br>Qty: 0<br>ADD TO CART |

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 10,505,392

11. Scosche repeats, realleges, and incorporates by reference, as if fully set forth herein paragraphs 1 through 10, as set forth above.

12. The ’392 Patent is valid and enforceable.

13. Upon information and belief, Naztech has infringed, and continues to infringe, literally and/or through the Doctrine of Equivalents at least claim 11 of the ’392 Patent as described in the Claim Chart attached hereto as Exhibit B.

14. Naztech’s acts of selling, offering for sale, making, using, and/or importing infringing products have been without license, permission, or authorization from Scosche.

15. Scosche has complied with the marking and notice requirements of 35 U.S.C. § 287.

16. As the direct and proximate result of Naztech’s infringement of the ’392 Patent, Scosche has suffered and, if Naztech’s infringement is not stopped, will continue to suffer, severe competitive harm, irreparable injury, and significant damages, in an amount to be proven at trial. Because Scosche’s remedy at law is inadequate, Scosche seeks, in addition to damages, temporary, preliminary, and permanent injunctive relief. Scosche’s licensees operate in a competitive market and will continue suffering irreparable harm absent injunctive relief.

17. Naztech has had actual knowledge of ’392 Patent and its infringement thereof no later than the filing of this complaint. On information and belief, Naztech’s infringement of the ’392 Patent was and is willful and deliberate, entitling Scosche to enhanced damages under 35 U.S.C. § 284 and attorneys’ fees and costs under 35 U.S.C. § 285.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Scosche demands a trial by jury on all issues triable as such.

///

## PRAYER FOR RELIEF

WHEREFORE, Scosche prays:

a. That an award/judgment be entered in favor of Scosche and against Naztech on each and every claim for relief of the Complaint;

b. That an award/judgment for damages in favor of Scosche and against Naztech in an amount to be further proven at trial, including trebling of all damages, awarded with respect to infringement of the ’392 Patent;

c. That Scosche be awarded its reasonable attorney’s fees and costs;

d. That an order granting temporary, preliminary, and permanent injunctive relief be issued; and

e. That the Court award such other and further relief as it deems just and proper.

Dated: June 17, 2022

**ARENTFOX SCHIFF LLP**

By: /s/ Jeff Leung
Craig A. Gelfound
Jeff Leung
Attorneys for Plaintiff
SCOSCHE INDUSTRIES, INC.

# EXHIBIT A

US010505392B2

(12) **United States Patent**
**McSweyn et al.**

(10) **Patent No.: US 10,505,392 B2**
(45) **Date of Patent: Dec. 10, 2019**

(54) **MAGNETIC DEVICE MOUNT**

(71) Applicant: **SCOSCHE INDUSTRIES, INC.**, Oxnard, CA (US)

(72) Inventors: **Christopher Michael McSweyn**, Oxnard, CA (US); **Vince Alves**, Oxnard, CA (US)

(73) Assignee: **Scosche Industries, Inc.**, Oxnard, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 270 days.

(21) Appl. No.: **15/366,207**

(22) Filed: **Dec. 1, 2016**

(65) **Prior Publication Data**

US 2018/0159369 A1 Jun. 7, 2018

(51) **Int. Cl.**

| | |
|---|---|
| ***H02J 50/10*** | (2016.01) |
| ***H01F 7/02*** | (2006.01) |
| ***H01F 38/14*** | (2006.01) |
| *H02J 7/02* | (2016.01) |

(52) **U.S. Cl.**
CPC ............ ***H02J 50/10*** (2016.02); ***H01F 7/0252*** (2013.01); ***H01F 38/14*** (2013.01); *H02J 7/025* (2013.01)

(58) **Field of Classification Search**
CPC ......... H02J 50/10; H02J 7/025; H01F 7/0252; H01F 38/14
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,329,277 A 7/1967 Gaudino
3,642,122 A 2/1972 Ende
4,287,676 A * 9/1981 Weinhaus ................ G09F 7/18 248/206.5

(Continued)

FOREIGN PATENT DOCUMENTS

CN 201113495 9/2008
CN 202042680 11/2011

(Continued)

OTHER PUBLICATIONS

Supermagnete ,"Data sheet article S-20-03-N52N," Dec. 3, 2015, pp. 1-3 (Year: 2015).*

(Continued)

*Primary Examiner* — Pinping Sun
(74) *Attorney, Agent, or Firm* — Stetina Brunda Garred & Brucker

(57) **ABSTRACT**

A mounting assembly for transferring electrical power to an inductively powered device is contemplated, with a plurality of magnets positioned inside the mounting assembly includes for magnetically attracting and retaining the inductively powered device against a face plate, and for axially aligning the inductive power receiver of the inductive powered device with the inductive coil assembly inside the mounting assembly. A mounting support member is attached to the back plate of the mounting housing with adjustable joint for adjusted the orientation of the mounting housing relative to the mounting support member. The magnets retain the inductively powered device against the face plate and in the correct orientation with the inductive coil assembly even against forces which would otherwise disturb the inductive coupling, permitting use of the mounting assembly to transfer power in non-horizontal orientations and in moving vehicles.

**20 Claims, 3 Drawing Sheets**



(56) **References Cited**


U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D306,396 | S | 3/1990 | Brushaber | |
| D317,697 | S | 6/1991 | Lage | |
| D327,840 | S | 7/1992 | Askew | |
| 5,213,240 | A | 5/1993 | Dietz et al. | |
| D362,230 | S | 9/1995 | Yokozawa | |
| D362,657 | S | 9/1995 | Tomikawa et al. | |
| 5,781,112 | A * | 7/1998 | Shymko | A22B 5/0064 340/10.3 |
| D398,796 | S | 9/1998 | Fauchald | |
| 5,992,807 | A | 11/1999 | Tarulli | |
| 6,075,499 | A | 6/2000 | Edwards et al. | |
| 6,076,790 | A | 6/2000 | Richter | |
| 6,135,408 | A | 10/2000 | Richter | |
| 6,149,116 | A | 11/2000 | Won | |
| 6,305,656 | B1 | 10/2001 | Wemyss | |
| 6,382,482 | B1 | 5/2002 | Chao | |
| 6,502,727 | B1 | 1/2003 | Decoteau | |
| D479,196 | S | 9/2003 | Shih | |
| D489,578 | S | 5/2004 | Lai | |
| 6,888,940 | B1 | 5/2005 | Deppen | |
| 7,021,593 | B1 | 4/2006 | Fan | |
| D521,850 | S | 5/2006 | Richter et al. | |
| D530,333 | S | 10/2006 | Richter | |
| D543,439 | S | 5/2007 | Brassard | |
| D551,058 | S | 9/2007 | Carnevali | |
| D552,454 | S | 10/2007 | Fynn | |
| D553,959 | S | 10/2007 | Brassard | |
| D554,042 | S | 10/2007 | Richter | |
| D554,491 | S | 11/2007 | Stenberg et al. | |
| 7,296,771 | B2 | 11/2007 | Kalis et al. | |
| D560,592 | S | 1/2008 | Brassard | |
| D563,309 | S | 3/2008 | Richter | |
| D565,937 | S | 4/2008 | Tsai | |
| 7,374,142 | B2 | 5/2008 | Carnevali | |
| D570,836 | S | 6/2008 | Chen | |
| D576,865 | S | 9/2008 | Chiang et al. | |
| 7,431,251 | B2 | 10/2008 | Carnevali | |
| D588,903 | S | 3/2009 | Carnevali | |
| D590,835 | S | 4/2009 | Richter | |
| D592,205 | S | 5/2009 | O'Brien | |
| D600,991 | S | 9/2009 | Lai | |
| D603,322 | S | 11/2009 | Nicieja | |
| D609,644 | S | 2/2010 | Lin | |
| D638,008 | S | 5/2011 | Richter | |
| 8,016,255 | B2 | 9/2011 | Lin | |
| D654,874 | S | 2/2012 | Au | |
| D656,465 | S | 3/2012 | Au | |
| D656,899 | S | 4/2012 | Webb et al. | |
| D670,157 | S | 11/2012 | Mo | |
| D671,074 | S | 11/2012 | Hori et al. | |
| 8,354,909 | B2 * | 1/2013 | Fullerton | G09F 7/04 335/285 |
| D677,709 | S | 3/2013 | Skeoch et al. | |
| D681,867 | S | 5/2013 | Wegger et al. | |
| D686,595 | S | 7/2013 | Andre et al. | |
| 8,496,222 | B2 | 7/2013 | Li | |
| D687,441 | S | 8/2013 | Janzen | |
| D694,249 | S | 11/2013 | Akana et al. | |
| 8,602,376 | B2 * | 12/2013 | Vogel | F16M 11/14 248/371 |
| D700,175 | S | 2/2014 | Ohm | |
| D705,211 | S | 5/2014 | Huang | |
| 8,749,194 | B1 * | 6/2014 | Kelsch | H02J 5/005 320/108 |
| D709,066 | S | 7/2014 | Byun | |
| D709,072 | S | 7/2014 | Askew-Harris et al. | |
| D713,398 | S | 9/2014 | Alesi et al. | |
| D715,132 | S | 10/2014 | McSweyn et al. | |
| D718,612 | S | 12/2014 | McSweyn et al. | |
| D719,959 | S | 12/2014 | Vogel | |
| 9,163,775 | B2 * | 10/2015 | Rohrbach | B60R 11/0252 |
| 2005/0092875 | A1 | 5/2005 | Carnevali | |
| 2006/0290654 | A1 | 12/2006 | Wang | |
| 2007/0018064 | A1 | 1/2007 | Wang | |
| 2008/0019082 | A1 * | 1/2008 | Krieger | B60R 11/0241 361/601 |
| 2008/0023606 | A1 | 1/2008 | Kalis et al. | |
| 2008/0212319 | A1 * | 9/2008 | Klipstein | F21L 4/08 362/231 |
| 2009/0212637 | A1 * | 8/2009 | Baarman | H01F 7/0247 307/104 |
| 2010/0005633 | A1 * | 1/2010 | Nolet | H01F 7/0221 24/303 |
| 2011/0150601 | A1 * | 6/2011 | Wiggins | F16B 13/0808 411/344 |
| 2011/0192857 | A1 | 8/2011 | Rothbaum et al. | |
| 2011/0260681 | A1 * | 10/2011 | Guccione | H02J 7/0054 320/108 |
| 2012/0092104 | A1 * | 4/2012 | Kocijan | B25B 11/002 335/295 |
| 2012/0229300 | A1 | 9/2012 | Fu | |
| 2012/0252543 | A1 * | 10/2012 | Cho | F16M 11/041 455/575.8 |
| 2012/0292463 | A1 | 11/2012 | Burns | |
| 2012/0295451 | A1 | 11/2012 | Kim et al. | |
| 2013/0043827 | A1 | 2/2013 | Weinstein et al. | |
| 2013/0187020 | A1 | 7/2013 | Trotsky | |
| 2014/0191096 | A1 * | 7/2014 | Wiercinski | F16M 13/022 248/206.5 |
| 2014/0266939 | A1 * | 9/2014 | Baringer | H01Q 21/28 343/729 |
| 2014/0306656 | A1 * | 10/2014 | Tabata | H01F 38/14 320/108 |
| 2014/0346295 | A1 | 11/2014 | Song | |
| 2014/0347795 | A1 * | 11/2014 | Baca | H01F 7/0252 361/679.01 |
| 2014/0357094 | A1 | 12/2014 | Kim | |
| 2015/0002088 | A1 * | 1/2015 | D'Agostino | H02J 7/0044 320/108 |
| 2015/0008875 | A1 * | 1/2015 | Huang | H02J 7/0044 320/108 |
| 2015/0207351 | A1 | 7/2015 | Hamburgen et al. | |
| 2015/0288205 | A1 | 10/2015 | Weinstein | |
| 2016/0036478 | A1 * | 2/2016 | Wong | H02J 7/0044 455/573 |
| 2016/0259374 | A1 * | 9/2016 | Breiwa | H02J 50/10 |
| 2017/0070076 | A1 * | 3/2017 | Karanikos | H02J 7/025 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 203416030 | 1/2014 |
| CN | 203193688 | 11/2015 |
| JP | 2000231910 | 11/2015 |

OTHER PUBLICATIONS

The Original iMagnet Cradle-Less Universal Car Phone Windsheild Dashboard Mount Holder for Iphone 6, 6 Plus, 6S, 6S Plus, 5S 5, Galaxy S6 S5, Note 5 4 3, With Offical iMagnet Logo, iMagnet, Amazon.com, Aug. 19, 2012.
Mounts posted by Scoshe found on Sep. 27, 2016 at http://www.scosche.com/consumer-tech/mounts.
Magnetic Nanoport links phones to accessories, cars, each other; Jan. 7, 2014 http://www.cnetcom/news/magnetic-nanoport-links-phones-to-accessories-cars-each-other/.
Clever smartphone case offers an ingenious way to charge your phone on the go; Jun. 20, 2014 http://bgr.com/2014/06/20/best-smartphone-accessories-zolo/.
Logitech Case+ Review: Brilliant iPhone Case Concept, Flawed Execution; May 13, 2014 http://time.com/98112/logitech-case-plus-review/.


* cited by examiner




FIG. 1




FIG. 2




FIG. 3




FIG. 4




FIG. 5




FIG. 6




FIG. 7

# MAGNETIC DEVICE MOUNT

## CROSS-REFERENCE TO RELATED APPLICATIONS

Not Applicable

## STATEMENT RE: FEDERALLY SPONSORED RESEARCH/DEVELOPMENT

Not Applicable

## BACKGROUND

### 1. Technical Field

The present disclosure relates generally to the field of mobile device accessories. More particularly, the present disclosure relates to device mounts for inductive power transfer.

### 2. Related Art

Inductive power transfer, also referred to as wireless power transfer, is a technique used in the conveyance of power to electrically powered devices without interconnecting wires. Inductive power transfer operates by a passing an alternating current (AC) through a transmitting coil in order to create a localized oscillating magnetic field. When a receiving coil is placed proximally and, for the most optimal transfer, in an orientation in axial alignment with transmitting coil, the oscillating magnetic field induces an AC current in the receiving coil.

Inductive power transfer has been used for transferring power for the purpose of charging the rechargeable batteries of commercial products, especially in situations where the presence of exposed metallic connectors may result in a risk of electrical shock to consumers, such as with bathroom appliances like electrical toothbrushes or electric shavers. Other applications for inductive charging include, for example, the charging or powering of electronic medical devices such as cochlear implants, which may eliminate the need for the placement of physical wires through the skin.

In more recent years, with the growing ubiquity of portable electronic devices such as smartphone and tablets, there is expanding consumer demand for the use of inductive power transfer as a method of charging these portable electronic devices. Inductive chargers, typically seen in the form of pads on which the device to be charged may be placed, provides a great convenience benefit in that the user need only place the device to be charged atop the inductive charger. Furthermore, these inductive chargers, because they rely only on the general principles of electromagnetics, do not require the use of a proprietary power cord that may be specific to the standards of a single manufacturer or geographic region, and instead may be used to charge any device that has a corresponding receiver coil. Thus, a user may use the same inductive charger to transfer power to multiple devices seamlessly, merely by removing one device from placement atop the inductive charger.

However, inductive chargers suffer from several deficiencies. General-purpose inductive chargers, typically pads, are generally only suitable for static use, as they require placement atop a flat surface. As such, they are not suitable for situations such as automotive charging, where the motion of the automobile would negate the advantages of the charger's general purpose capability. Likewise, inductive chargers that



have systems for securing the device to be inductively charged, so as to permit use in situations such as in a moving vehicle, generally have their purposes defeated as well, because the convenience advantage of the inductive charger over a direct electrical connection is negated by the need to spend significant time physically securing the device to be charged to the inductive charger, and because the attachment schemes may themselves be propriety to the device to be charged, thus defeating the advantage of interchangeable use of different devices.

Therefore, novel device mounts for inductively charging portable electronic devices are desirable.

## BRIEF SUMMARY

To solve these and other problems, a mounting assembly for an inductively powered device having an inductive power receiver and at least a magnetically receptive portion, the mounting assembly comprising a mounting housing comprising an face plate, a back plate, and a mounting plate between the face plate and the back plate, a mounting support member attached to the back plate of the mounting housing, the mounting support member having an adjustable joint for adjusting the orientation of the mounting housing, a plurality of magnets attached to the mounting plate for magnetically attracting the a magnetically receptive portion of the inductively powered device and retaining the inductively powered device against the face plate at substantially all orientations of the mounting housing, and an inductive coil assembly attached to the mounting plate and electrically connectable to a power supply, the inductive coil assembly being operative to inductively couple with the inductive power receiver of the inductively powered device and transmit power thereto when the inductively powered device is retained against the face plate by the plurality of magnets.

The face plate of the mounting assembly may have an elastomeric front surface that may comprise silicone rubber. The plurality of magnets attached to the mounting plate may comprise four neodymium magnets. The individual ones of plurality of magnets may be disc magnets. The individual ones of the plurality of disc magnets may have a diameter of 10 mm and a height of 3 mm.

The individual ones of the plurality of magnets may have a pull force of at least 1 kg, and may have a pull force of at least 1.5 kg. The plurality of magnets may have a collective pull force of at least 4 kg, and may have a pull force of at least 6 kg.

The plurality of magnets and the inductive coil maybe otherwise contained within the mounting housing in lieu of attachment to a mounting plate between the face plate and the back plate of the mounting housing, and the mounting plate may be omitted.

## BRIEF DESCRIPTION OF THE DRAWINGS

These and other features and advantages of the various embodiments disclosed herein are better understood with respect to the following descriptions and drawings, in which:

FIG. **1** is perspective view of a mounting assembly according to an exemplary embodiment of the present disclosure;

FIG. **2** is a top view of a mounting assembly according to the exemplary embodiment;

FIG. **3** is a left side view of mounting assembly according to the exemplary embodiment;

FIG. **4** is a front view of mounting assembly according to the exemplary embodiment;

FIG. **5** is a right side view of mounting assembly according to the exemplary embodiment;

FIG. **6** is a bottom view of mounting assembly according to the exemplary embodiment; and

FIG. **7** is a cutaway view of a mounting plate according to the exemplary embodiment.

Common reference numerals are used throughout the drawings and the detailed description to indicate the same elements.

## DETAILED DESCRIPTION

According to various aspects of the present disclosure, a mounting assembly for transferring electrical power to an inductively powered device is contemplated in which a housing of the mounting assembly includes a plurality of magnets for magnetically attracting and retaining the inductively powered device against the face plate of the housing, and maintaining an axial alignment of the inductive power receiver of the inductive powered device relative to the inductive coil assembly within the mounting assembly. A mounting support member is attached to the back plate of the mounting housing and has an adjustable joint for adjusted the orientation of the mounting housing relative to the point of external attachment or contact of the mounting support member. The attraction between the magnets and the magnetically receptive portion retains the inductively powered device against the face plate and in the correct orientation with the inductive coil assembly against the forces which would otherwise disturb the inductive coupling, such as the force of gravity when the face plate of the mounting housing is not horizontally oriented, or the vibrational and inertial forces that are present when inside a moving vehicle.

Turning now to FIG. **1**, a mounting assembly **10** is shown having a mounting housing **12** with a face plate **14** and a back plate **16**. A mounting support member **18** having an adjustable joint **20** for adjusting the orientation of the mounting housing **12** is attached to the back plate **16**. Protruding out of the rear of the back plate **16** is a power cable **22** that is electrically connectable to a power supply.

In the exemplary embodiment, the external surface of the face plate **14** may be formed primarily of an elastomeric compound. It may be seen that via the use of an elastomeric compound, the force of the inductively powered device contacting the external surface of the face plate **14** may be more efficiently absorbed so as to reduce the possibility of any damage to the inductively powered device when it becomes adhered to the face plate **14** via magnetic attraction. The face plate **14** may be entirely formed of the elastomeric compound, or the elastomeric compound may be a coating on the external surface of the face plate **14**. In the exemplary embodiment, the elastomeric compound is silicone rubber. However, it may be seen that in other embodiments which utilize an elastomeric compound in forming or coating part or all of the face plate, other elastomeric compounds may be used, including but not limited to synthetic compounds such as isoprene rubber, butadiene rubber, neoprene, or even compounds such as natural rubber. However, it may also be seen that the use of an elastomeric compound on the external surface of the face plate **14** is not necessary, and the face plate **14** may be constructed of any suitable material which is capable of forming the face plate **14**, with the proviso that the use of ferromagnetic materials such as alloys of iron or nickel, or any other material that may be prone to interact with the propagation of an electromagnetic field therethrough may possibly be disfavored, as the use of such materials may interfere with the magnetic attraction and inductive coupling of the inductively powered device with the mounting assembly.

In the exemplary embodiment, the back plate **16** is formed primarily of a polycarbonate material. However, it may be seen that in other embodiments, the back plate **16** may be constructed of any suitable material which is capable of forming the face plate **14**, with the proviso that the use of ferromagnetic materials such as alloys of iron or nickel, or any other material that may be prone to interact with an electromagnetic field may possibly be disfavored, as the use of such materials may interfere with the magnetic attraction and inductive coupling of the inductively powered device with the mounting assembly.

In the exemplary embodiment, the mounting support member **18** comprises a proximal portion **26** attached to the back plate **16**, a distal portion **28** which serves as a point of external contact or attachment for the mounting assembly **10**, and an adjustable joint **20** connecting the proximal portion **26** to the distal portion **28**. However, it may be seen that the mounting support member may comprise and be comprised of any structure or structures which may bear the mounting housing **12** and vary the orientation of the mounting housing **12**. For example, the mounting support member **18** may omit a substantial distal portion, and instead have the adjustable joint be at the back plate **16**. Alternatively, the mounting support member may comprise a plurality of adjustable joints **20** and multiple portions between the joints, to confer additional adjustability of the mounting support member.

The adjustable joint **20** may be, in the exemplary embodiment, a single ball joint in order to permit rotational adjustment of the orientation of the mounting housing **12**. However, it may be seen that the one or more adjustable joints **20** may be, in other embodiments, more or less articulable and with more or less degrees of freedom in individual or in the aggregate than a single ball joint, and may include, for example but without limitation, knuckle joints, revolute joints, screw joints, or other joints known in the art, or combinations thereof.

The distal support member **28** may, in the exemplary embodiment, terminate in a suction cup, which may be seen as achieving the benefit of enabling reversible adherence of the mounting assembly **10** to a smooth surface such as a tabletop or a vehicle windshield. However, in other embodiments, it may be seen that the distal support member may terminate in or with other attachment or otherwise support features which may enable the support of the mounting assembly in free space where its orientation may be adjusted, such as ring clamps, adhesives, hook and loop fasteners, a load-bearing surface, screws, nails, or even seamless integration with a larger object, such as being formed as a portion of a vehicle dashboard. The specifics of how the mounting assembly **10** is supported at the distal end of the mounting support member **28** is not critical to the functionality of the mounting assembly **10**, so long as the mounting support member is supported in some way so as to enable the adjusting of the adjustable joint so as to adjust the orientation of the mounting housing **12** in free space.

The mounting assembly **10** may, in the exemplary embodiment, include a power cable **22** extending through the back plate **16** for transmitting power from a power supply **23** to the interior of the mounting housing where the inductive coil assembly resides. However, it may be seen that in other embodiments, the power cable **22** may extend through or past other portions of the mounting housing **12**.

For example, but without limitation, the power cable **22** may be integrated with or within the mounting support member **18**, or even may be omitted entirely, such as in a situation where the mounting assembly **10** may be configured with an internal power source such as one or more batteries. The presence or absence of a power cable **22** is not critical to the functionality of the mounting assembly **10**, so long as the inductive coil assembly is electrically connectable to a power supply in some fashion.

The face plate **14** of the mounting housing **12** may be, in the exemplary embodiment, retained against the mounting housing **12** by a retaining bracket **24** and an adhesive. However, in other embodiments, it may be seen that the presence of a dedicated retaining bracket **24** may not be necessary for retaining the face plate **14**, and that the face plate **14** may be otherwise retained by, or integrated into the remainder of the mounting housing **12**.

Turning now to FIGS. **2-6**, various views of the mounting housing **12** of the exemplary embodiment of the mounting assembly **10** are shown. It is further emphasized, however, that the depicted mounting housing **12** of the exemplary embodiment is merely exemplary, and does not limit the scope of the disclosure.

Turning now to FIG. **7**, a view a mounting plate **30** of the exemplary embodiment located within the mounting housing and disposed between the face plate **14** and the back plate **16** is shown. In the exemplary embodiment, an inductive coil assembly **32** and a plurality of magnets **36** are attached to the mounting plate **30**. In the exemplary embodiment, the inductive coil assembly **32** is attached to the mounting plate **30** via a plurality of mounting brackets **34**. However, it may be seen that in other embodiments, the inductive coil assembly **32** may be attached to the mounting plate **30** in other ways, such as adhesive, screws, tape, or otherwise. In the exemplary embodiment, the mounting plate **30** is formed primarily of a polycarbonate material. However, it may be seen that in other embodiments, the mounting plate **30** may be constructed of any suitable material which is capable of forming the mounting plate **30**, with the proviso that the use of ferromagnetic materials such as alloys of iron or nickel, or any other material that may be prone to interact with an electromagnetic field may possibly be disfavored, as the use of such materials may interfere with the magnetic attraction and inductive coupling of the inductively powered device with the mounting assembly **10**.

Further, it may be seen that the presence of the mounting plate **30** is not strictly necessary, in that while it may serve to support and directly locate the inductive coil assembly **32** and the plurality of magnets **34** behind the face plate **14** whereupon they may both interact with a inductively powered device having at least a magnetically receptive portion, the inductive coil assembly **32** and the plurality of magnets **34** may be located within the mounting housing **12** in any fashion so long as inductive coil **32** may inductively couple with the inductive power receiver **37** of a inductively powered device **35** placed in contact with the face plate while the inductively powered device is retained against the face plate by the plurality of magnets **36**. For example, in an alternative embodiment, one or both of the inductive coil assembly **32** and the plurality of magnets may be located on the interior surface of the face plate **14** or the back plate **16**.

The inductive coil assembly **32** may be, for example and without limitation, formed of any coil of any conductive material which may induce inductive coupling with the inductive power receiver of an inductively powered device. In the exemplary embodiment, the inductive coil assembly **32** is formed as a coil embedded with a printed circuit board, and is controlled by the printed circuit board. However, it may be seen that the exact details of the inductive coil assembly **32** may vary and still fall within the scope of the present disclosure, so long as it may induce inductive coupling with the inductive power receiver of an inductively powered device that is placed and retained against the face plate **14** of the mounting housing **12**.

In the exemplary embodiment, the plurality of magnets **36** is retained against the mounting plate **30** by a magnet plate **38** disposed over the plurality of magnets **36** and held against the mounting plate **30** with a screw. However, it may be seen that in other embodiments, the plurality of magnets **36** may be retained against the mounting plate **30** or retained at other locations within the mounting housing **12**, such as against the interior surfaces of the face plate **14** or the back plate **16**, in other ways. For example, but without limitation, the individual ones of the plurality of magnets **36** may be glued by or encased within an adhesive, or structurally integrated within other components of the mounting housing **12**.

It may be seen that in the exemplary embodiment, the individual ones of the plurality of magnets **36** are positioned adjacent to one another. However, it may be seen that in other embodiments, the plurality of magnets **36** may be positioned dispersed and/or non-adjacently, such as around the periphery of the mounting housing **12**. The exact positioning of the plurality of magnets **36** is not critical to the disclosure, except that the positioning be such that the magnets are configured to magnetically attract one or more magnetically receptive portions of an inductively powered device and retain the inductively powered device against the face plate **14** at substantially all orientations of the mounting housing to which it may be adjusted by the adjustable joint **20**. For example, the magnetically receptive portion of the inductively powered device may be all or substantial portions of the inductively powered device itself, or may be a separate component attached to the inductively powered device, such as a third party peripheral like a protective case. In such cases, it may be beneficial for the third party peripheral to be sold to be compatible with the specific orientation of the plurality of magnets **36** and the inductive coil assembly **32**, so that the inductively powered device will be maximally adhered to the face plate **14** via attraction to the plurality of magnets **36** when the inductive power received is axially aligned with the inductive coil assembly **32**. Further, it may be seen that the inductive coil assembly may likewise be either an integrated component with the inductively powered device, or may be a third party peripheral such as a case that is physically attachable and electrically connectible to the inductively powered device.

It may further be seen that the use of a plurality of magnets **36** is important, because by the presence a plurality of magnets **36**, as opposed to a single magnet, will tend to prevent rotation of the inductively powered device along the plane of the face plate **14**, and thus will potentially result in the inductive coil assembly **32** not or no longer being aligned with the inductive power receiver, thus preventing or reducing the inductive coupling between the two components.

In the exemplary embodiment, the plurality of magnets **36** are four neodymium magnets, which are permanent rare-earth magnets made from an alloy of neodymium, iron, and boron having a $Nd_2Fe_{14}B$ tetragonal crystalline structure. However, in other embodiments it may be seen that the plurality of magnets **36** may other types of magnets, including for example, permanent magnets such as rare earth magnets, sintered composite magnets, or ferrimagnets, or temporary magnets such as electromagnets, which may, for

example, be powered by same power supply as the inductive coil assembly **32**, or combinations thereof. The exact identity of the individual ones of the plurality of magnets **36** is not crucial, so long as the plurality of magnets **36** may serve to retain the inductively powered device against the face plate **14** at substantially all orientations of the magnet housing **12**.

In the exemplary embodiment, the individual ones of the plurality of magnets **36** are disc magnets. However, it may be seen that other shapes of magnets may be utilized without departing from the scope and spirit of the present disclosure, including, for example and without limitation, bars, squares, or spheres, or combinations thereof. In the exemplary embodiment, the disc magnets each of have a diameter of 10 mm and a height of 3 mm. However, it may be seen that in embodiments which utilize disc magnets, those disc magnets may vary in size.

The strength of the individual ones of the plurality of magnets **36** is measured as the pull force. The pull force is the normal force required to detach a magnet from a work load surface formed of 1018 cold rolled steel ASTM A794 that is large enough for the magnet-working surface to make 100% contact and thick enough to absorb all lines of magnetic flux emanating from the magnet. In the exemplary embodiment, the individual ones of the plurality of magnets **36** are N35 neodymium magnets, which have a pull force of 1.6 kg, and thus the four N35 neodymium magnets together have a collective pull force of 6.4 kg. However, it may be seen that in other embodiments, the individual ones of the plurality of magnets **36** may have more or less pull force than those used in the exemplary embodiment, and may collectively have more or less pull force than the four magnets used in the exemplary embodiment. For example, the individual ones of the plurality of magnets **36** may have a pull force of at least 1 kg, or at least 1.5 kg. Likewise, the plurality of magnets **36** may have a collective pull force of at least 4 kg, or at least 6 kg.

The above description is given by way of example, and not limitation. Given the above disclosure, one skilled in the art could devise variations that are within the scope and spirit of the invention disclosed herein. Further, the various features of the embodiments disclosed herein can be used alone, or in varying combinations with each other and are not intended to be limited to the specific combination described herein. Thus, the scope of the claims is not to be limited by the exemplary embodiments.

What is claimed is:

**1**. A mounting assembly for an inductively powered device having an inductive power receiver and at least a magnetically receptive portion, the mounting assembly comprising:

a mounting housing comprising a face plate, a back plate, and a mounting plate between the face plate and the back plate;

a mounting support member attached to the back plate of the mounting housing, the mounting support member having an adjustable joint for adjusting the orientation of the mounting housing;

a plurality of magnets attached to a first section of the mounting plate for magnetically attracting at least the magnetically receptive portion of the inductively powered device along a magnet facial axis normal to a mounting plate plane and retaining the inductively powered device against the face plate at substantially all orientations relative to the mounting housing; and

an inductive coil assembly attached to a second section of the mounting plate and electrically connectable to a power supply, the inductive coil assembly being operative to inductively couple with the inductive power receiver of the inductively powered device along a coil facial axis normal to the mounting plate plane and transmit power thereto when the inductively powered device is retained against the face plate by the plurality of magnets;

wherein the first section of the mounting plate and the second section of the mounting plate defines an offset planar relationship relative to each other along the mounting plate plane, the magnet facial axis of the plurality of magnets being parallel to and offset from the coil facial axis of the inductive coil assembly.

**2**. The mounting assembly of claim **1**, wherein the face plate has an elastomeric front surface.

**3**. The mounting assembly of claim **2**, wherein the elastomeric front surface of the face plate comprises silicone rubber.

**4**. The mounting assembly of claim **1**, wherein the plurality of magnets attached to the mounting plate comprise four neodymium magnets.

**5**. The mounting assembly of claim **1**, wherein individuals ones of the plurality of magnets attached to the mounting plate are disc magnets.

**6**. The mounting assembly of claim **5**, wherein the individual ones of the plurality of neodymium magnets have a diameter of 10 mm and a height of 3 mm.

**7**. The mounting assembly of claim **1**, wherein individual ones of the plurality of magnets have a pull force of at least 1 kg.

**8**. The mounting assembly of claim **1**, wherein individual ones of the plurality of magnets have a pull force of at least 1.5 kg.

**9**. The mounting assembly of claim **1**, wherein the plurality of magnets attached to the mounting plate have a collective pull force of at least 4 kg.

**10**. The mounting assembly of claim **1**, wherein the plurality of magnets attached to the mounting plate have a collective pull force of at least 6 kg.

**11**. A mounting assembly for an inductively powered device having an inductive power receiver and at least a magnetically receptive portion, the mounting assembly comprising:

a mounting housing comprising an face plate and a back plate;

a mounting support member attached to the back plate of the mounting housing, the mounting support member having an adjustable joint for adjusting the orientation of the mounting housing;

a plurality of magnets contained within a first section of the mounting housing for magnetically attracting at least the magnetically receptive portion of the inductively powered device along a magnet facial axis normal to a mounting housing face plate plane and retaining the inductively powered device against the face plate at substantially all orientations relative to the mounting housing;

an inductive coil assembly within a second section of the mounting housing and electrically connectable to a power supply, the inductive coil assembly being operative to inductively couple with the inductive power receiver of the inductively powered device along a coil facial axis normal to the mounting housing face plate plane and transmit power thereto when the inductively powered device is retained against the face plate by the plurality of magnets;

wherein the first section of the mounting housing and the second section of the mounting housing defines an offset planar relationship relative to each other along the mounting housing face plate plane, the magnet facial axis of the plurality of magnets being parallel to and offset from the coil facial axis of the inductive coil assembly.

**12**. The mounting assembly of claim **11**, wherein the face plate has an elastomeric front surface.

**13**. The mounting assembly of claim **12**, wherein the elastomeric front surface of the face plate comprises silicone rubber.

**14**. The mounting assembly of claim **11**, wherein the plurality of magnets attached to a mounting plate comprise four neodymium magnets.

**15**. The mounting assembly of claim **11**, wherein individual ones of the plurality of magnets attached to a mounting plate are disc magnets.

**16**. The mounting assembly of claim **11**, wherein individual ones of the plurality of magnets have a diameter of 10 mm and a height of 3 mm.

**17**. The mounting assembly of claim **11**, wherein individual ones of the plurality of magnets have a pull force of at least 1 kg.

**18**. The mounting assembly of claim **11**, wherein individual ones of the plurality of magnets have a pull force of at least 1.5 kg.

**19**. The mounting assembly of claim **11**, wherein the plurality of magnets attached to a mounting plate have a collective pull force of at least 4 kg.

**20**. The mounting assembly of claim **11**, wherein the plurality of magnets attached to a mounting plate have a collective pull force of at least 6 kg.

* * * * *

# EXHIBIT B

# INFRINGEMENT CLAIM CHART

## The Naztech Mount









### Claim 11 of the ’392 Patent

| | |
|---|---|
| A mounting assembly for an inductively powered device having an inductive power receiver and at least a magnetically receptive portion, the mounting assembly comprising: | The Naztech Mount is a mounting assembly for an inductively powered device with an inductive power receiver and a magnetically receptive portion. The product packaging advertises wireless fast charging and “safe & powerful magnets.” |

| | |
|---|---|
| | <br><br>The instruction sheet describes the mounting of the “Magbuddy Plate” on to the phone or the phone case. The plate, when attached to the phone, is shown engaging the magnets on the mount head. Further, the phone with which the demonstration of the Naztech Mount is presented includes an inductive power receiver (Qi charging receiver).<br><br><br><br> |
| a mounting housing comprising an face plate and a back plate; | The Naztech Mount includes a mounting housing that is comprised of a face plate and a back plate. |

| | |
|---|---|
| |  |
| a mounting support member attached to the back plate of the mounting housing, the mounting support member having an adjustable joint for adjusting the orientation of the mounting housing; | The Naztech Mount includes a windshield mount with a stalk extending from a suction cup base. The stalk is coupled to the mounting housing, and specifically, the back plate thereof, with a ball-and-socket joint (the overall assembly of which constitutes the mounting support member). The socket is part of the back plate, while the ball is part of the stem that is a part of the windshield mount. This ball-and-socket joint (mounting support member) allows for adjusting the orientation of the mounting housing.<br> |

<table>
<tr>
<td>a plurality of magnets contained within a first section of the mounting housing for magnetically attracting at least the magnetically receptive portion of the inductively powered device along a magnet facial axis normal to a mounting housing face plate plane and retaining the inductively powered device against the face plate at substantially all orientations relative to the mounting housing;</td>
<td>


The magnets attract the magnetically receptive portion of the phone, as illustrated in the instruction sheet:


The engagement of the magnets is along a magnet facial axis that is normal to a mounting housing face plate plane:
</td>
</tr>
</table>

| | |
|---|---|
| |  |
| an inductive coil assembly within a second section of the mounting housing and electrically connectable to a power supply, the inductive coil assembly being operative to inductively couple with the inductive power receiver of the inductively powered device along a coil facial axis normal to the mounting housing face plate plane and transmit power thereto when the inductively powered device is retained against the face plate by the plurality of magnets; | The Naztech Mount has an inductive coil assembly that is within a second section of the mounting housing.<br><br>The inductive coil assembly is electrically connectible to a power supply via a micro USB port: |







The inductive coil assembly is operative to inductively couple with the inductive power receiver of the phone along a coil facial axis that is normal to the mounting housing face plate plane:



| | |
|---|---|
| | The inductive coil assembly transmits power to the smartphone when it is retained against the face plate by the magnets.   |
| wherein the first section of the mounting housing and the second section of the mounting housing defines an offset planar relationship relative to each other along the mounting plate plane, the magnet facial axis of the plurality of magnets being parallel to and offset from the coil facial axis of the inductive coil assembly. | The first section of the mounting housing and the second section of the mounting housing defines an offset planar relationship relative to each other: |


Second section of mounting housing
Mounting housing
Inductive coil assembly
First section of mounting housing
Plurality of magnets
Housing face plate plane
Coil facial axis
Magnet facial axis
Offset